

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/ANR

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2024

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lu et al.
                Criminal Docket No. 23-316 (NRM)

Dear Judge Morrison:

      The government with consent of the defendants respectfully requests that the Court adjourn the deadline of the government's motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") for 60 days and that the July 31, 2024, status conference be adjourned to a date thereafter. The government with consent of the defendants also requests that time be excluded under the Speedy Trial Act between now and the next status conference in the interest of justice to allow the government to produce discovery and the parties to engage in plea negotiations.

                                   Respectfully submitted,

                                     BREON PEACE
                                   United States Attorney

                     By:    /s/_____
                                   Alexander A. Solomon
                                   Antoinette N. Rangel
                                   Assistant U.S. Attorneys
                                   (718) 254-7000

cc:    Clerk of Court (NRM) (by ECF)
        Defense Counsel (by ECF)