# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 18, 2024

Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

                          Re:    *U.S. v. Chen Jinping et al.,* 23 Cr. 316 (NRM)

Dear Judge Morrison:

    I represent defendant Chen Jinping in the above-reference matter.

    I write to respectfully request that your Honor consider terminating the electronic monitoring component of Mr. Chen's bond. All other aspects of his bond would remain in place, including his curfew. It is counsel's understanding that Mr. Chen has been compliant with the terms of his release.

    I have discussed this request with AUSA Antoinette Rangel and Pretrial Officer Binaca Carter and they have graciously consented.

    Your Honor's attention to this matter is greatly appreciated.

                                                          Respectfully submitted,

                                                           *Susan G. Kellman*
                                                            Susan G. Kellman

cc:    AUSA Antoinette Rangel

        PTSO Bianca Carter

        Sabrina Shroff, Esq.

        Michael Illaria, PTSO/EMU