

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.# 2022R00805                              *271 Cadman Plaza East*
AFM:LRO/ANR                                *Brooklyn, New York 11201*

May 3, 2026

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Lu et al.
       Criminal Docket No. 23-316 (S-1) (NRM)

Dear Judge Morrison:

The government respectfully submits the enclosed proposed trial indictment, which differs from the Superseding Indictment in two ways.  First, the trial indictment replaces anonymized references to individuals (including "CC-1," "CC-2," "MPS-Official-1," and "Victim-1") with each individual's true name.  Second, in overt act (d) of Count One, the trial indictment replaces "John F. Kennedy International Airport" with "LaGuardia Airport" (both of which are in Queens, New York).

The defendant consents to the proposed trial indictment, which includes the two revisions described above.  See, e.g., United States v. Cirami, 510 F.2d 69, 74 (2d Cir. 1975) ("[I]f a jury is permitted to see the indictment, and if any language of that indictment is surplusage or other matter that a jury may properly be instructed to disregard, we think the preferable course is to prepare a retyped 'clean' version of the indictment, omitting the language to be disregarded without any indication of its omission."); see also United States v. LaSpina, 299 F.3d 165, 183 (2d Cir. 2002); United States v. Dhinsa, 243 F.3d 635, 667 (2d Cir. 2001) ("[T]he district court or the prosecutor may make 'ministerial change[s]' to the indictment, such as to correct a misnomer or typographical errors." (citing United States v. McGrath, 558 F.2d 1102, 1105 (2d Cir.1977)); United States v. Levy, 440 F. Supp. 2d 162, 164 (E.D.N.Y. 2006)

(approving ministerial changes to indictment and noting that "[a]mendments to the indictment may occur at different stages during trial.").

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Lindsey R. Oken
Antoinette N. Rangel
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (NRM) (by ECF)
Defense Counsel (by ECF)

Enclosure

2

AFM:LRO/ANR
F. #2022R00805

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

LU JIANWANG (卢建旺),
    also known as "Harry Lu,"

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**S U P E R S E D I N G
I N D I C T M E N T**

Cr. No. <u>23-CR-316 (S-1) (NRM)</u>
(T. 18, U.S.C., §§ 371, 951(a),
 981(a)(1)(C), 1512(c)(1), 2 and 3551 <u>et</u>
<u>seq</u>.; T. 21, U.S.C., § 853(p); T. 28,
U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Act as an Agent of a Foreign Government)

1.    In or about and between January 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LU JIANWANG (卢建旺), also known as "Harry Lu," together with others, did knowingly and willfully conspire to act in the United States as an agent of a foreign government, to wit: the government of the People's Republic of China ("PRC"), without prior notification to the Attorney General of the United States, as required by law, contrary to Title 18, United States Code, Section 951(a).

2.    In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant LU JIANWANG, also known as "Harry Lu," together with others, did commit and cause the commission of, among others, the following:

OVERT ACTS

(a)    On or about January 10, 2022, LU attended a ceremony in Fuzhou, PRC, at which the PRC government officially launched an initiative with the goal of establishing overseas police service stations worldwide.

(b)    On or about and between January 20, 2022 and January 22, 2022, LU attended the Fifth Session of the 12th Fujian Provincial People's Political Consultative Conference and the Sixth Session of the 13th Fujian Provincial People's Congress in the PRC.

(c)    On or about January 28, 2022, LU invited a co-conspirator, Chen Jinping, to a WeChat group titled "First Batch of Overseas Service Centers."

(d)    On or about February 13, 2022, LU returned to the United States from the PRC, arriving at LaGuardia Airport in Queens, New York.

(e)    On or about February 15, 2022, LU and Chen Jinping helped to establish an overseas police service station for the PRC government in Manhattan, New York (the "Overseas Police Service Station").

(f)    On or about March 24, 2022, LU received an electronic communication from his contact at the PRC's Ministry of Public Security, Liu Rongyan, directing him to confirm the location of a PRC dissident and PRC pro-democracy advocate residing in California, Xu Jie.

(g)    On or about March 26, 2022, LU sent an electronic communication to a co-conspirator Keith Cheng, asking Keith Cheng to help determine the location of Xu Jie.

(h)    On or about April 21, 2022, LU and others hosted principals from the PRC Consulate of New York at the Overseas Police Service Station.

(i)    On or about September 24, 2022, Liu Rongyan tasked Chen

Jinping with removing an online article on FJSEN.com regarding the PRC government's operation of the Overseas Police Service Station.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

COUNT TWO
(Acting as an Agent of a Foreign Government)

3.    In or about and between January 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LU JIANWANG (卢建旺), also known as "Harry Lu," together with others, did knowingly act in the United States as an agent of a foreign government, to wit: the government of the PRC, without prior notification to the Attorney General of the United States, as required by law.

(Title 18, United States Code, Sections 951(a), 2 and 3551 et seq.)

COUNT THREE
(Obstruction of Justice)

4.    In or about October 2022, within the Eastern District of New York and elsewhere, the defendant LU JIANWANG (卢建旺), also known as "Harry Lu," together with others, did knowingly, intentionally and corruptly alter, destroy, mutilate and conceal a record, document and other object, to wit: one or more electronic messages between LU and one or more representatives of the PRC Ministry of Public Security, with the intent to impair the object's integrity and availability for use in an official proceeding, to wit: a Federal Grand Jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(1), 2 and 3551 et seq.)