UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
 IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE BROOKLYN FEDERAL COURTHOUSE IN THE
EASTERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
-- ------------------------------------------------------------------------ X

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Administrative Order 2007-10. Upon submission of written application to this Court,

it is hereby

ORDERED that the following individual is  authorized to bring Personal Electronic

Device(s) including phones, iPads and laptops, including related equipment as listed below

into the Courthouse for use in the trial in the action captioned: *United States v. Jianwang Lu*

1:23-CR-00316 (NRM) in Courtroom.

 The authorization is effective from 05/04/2026 – 05/15/2026 for BAIMADAJIE

ANGWANG, email address infoggleaf@gmail.com, phone number 929-208-7872. The

authorization also permits tablets, hard drives, computer chargers, HDMI cords and computer

adapters.

The individual(s) identified in this Order must present a copy of this Order when

entering the Courthouse. Bringing any authorized device(s) into the Courthouse

1

constitutes a certification by the individual that he will comply in all respects with the

restrictions and obligations set forth in Administrative Order 2007-10.

SO ORDERED:

Dated:_____5/4/2026_____

_____/s/ NRM_____
United States District Judge